**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL RICA DANCUTA,<br><br>　　　　Defendant. | 2:99-CR-168 JCM (RJJ) |

### ORDER

Presently before the court is the government's motion to dismiss the indictment in the above-captioned case. (Doc. #7). Defendant Daniel Rica Dancuta has not responded.

A federal grand jury in Las Vegas returned an indictment against defendant on April 21, 1999. (Doc. #1). The indictment charged defendant with violating 18 U.S.C. § 1542, false statement in application. (Doc. #1).

The government now moves to dismiss the indictment, stating that dismissal is appropriate "due to the age of the case and the problems associated with old cases . . . ." (Doc. #7).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to dismiss the indictment in the above-captioned case (doc. #7) be, and the same hereby is, GRANTED.

DATED January 6, 2012.

_____
UNITED STATES DISTRICT JUDGE